UNITED STATES of America,
Plaintiff–Appellee

v.

David RAMOS, Defendant–Appellant.

No. 09–10918
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 17, 2010.

Nancy E. Larson, Assistant U.S. Attorney, James Michael Worley, Sr., Esq., Assistant U.S. Attorney, U.S. Attorney's Office, Fort Worth, TX, for Plaintiff–Appellee.

Lynn Marie Smith, The Smith Law Firm PC, Newark, TX, for Defendant–Appellant.

Before DAVIS, SMITH, and WIENER, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent David Ramos has moved for leave to with-

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

draw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Ramos has filed a response. Our independent review of the record, counsel's brief, and Ramos's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Ramos's untimely request for appointment of new counsel on appeal is DENIED. *See United States v. Wagner,* 158 F.3d 901, 902–03 (5th Cir.1998).

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.